Seth W. Wiener (California State Bar No. 203747)
LAW OFFICES OF SETH W. WIENER
609 Karina Court
San Ramon, CA 94582
Telephone: (925) 487-5607
Email: sethwiener@yahoo.com

Attorney for Plaintiff
Elgin Mones

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELGIN MONES,<br><br>             Plaintiff,<br><br>vs.<br><br>BRADLEY MARTYN, AND DOES 1 THROUGH 10,<br><br>             Defendants. | Case No.: 2:18-cv-3516-DFS-AS<br><br>**PLAINTIFF ELGIN MONES' OBJECTION TO DEFENDANT BRADLEY MARTYN'S CERTIFICATE OF INTERESTED PARTIES** |

Plaintiff Elgin Mones ("Plaintiff" or "Mones") hereby objects to Defendant Bradley Martyn's ("Defendant") Certificate of Interested Parties, in which "Defendant ***Bradley Martyn, Inc.*** certifies that the following entities may have a pecuniary interest in the outcome of this case … : Bradley Martyn is an individual." (Doc. 15-2, p. 1: 22-26) (emphasis added). The Certificate of Interested Parties is inaccurate as the Complaint names Bradley Martyn as a defendant solely in his individual capacity, and does not name any entity named Bradley Martyn, Inc. as a defendant. (Doc. 1, ¶ 3). Further, Defendant's representation that only Bradley Martyn has a pecuniary interest in the outcome of this case is flatly inconsistent with Defendant's contention in its Motion to Dismiss Plaintiff's Complaint "that the allegedly infringing material was sold by BMFIT,

Inc.[1] – not Bradley Martyn, as alleged." (Doc. 13, p. 9:21-22).  In order to avoid any further shell games by Defendant, Plaintiff requests that the Court order Defendant to file a complete and accurate Certificate of Interested Parties under penalty of perjury.

Dated:  July 5, 2018               LAW OFFICES OF SETH W. WIENER

                                   *[signature]*

                                   By: _____
                                   Seth W. Wiener
                                   Attorney for Plaintiff
                                   ELGIN MONES

---

[1] Plaintiff does not concede the truth or accuracy of this contention, and notes that the California Secretary of State website does not list any entity with the name BMFIT, Inc., although it does list Defendant as being the Chief Executive Officer of entities named BMFIT, BMFIT Enterprises and BMFIT Management.

Seth W. Wiener (California State Bar No. 203747)
LAW OFFICES OF SETH W. WIENER
609 Karina Court
San Ramon, CA 94582
Telephone: (925) 487-5607
Email: sethwiener@yahoo.com

Attorney for Plaintiff
Elgin Mones

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELGIN MONES,<br><br>            Plaintiff,<br><br>vs.<br><br>BRADLEY MARTYN, AND DOES 1 THROUGH 10,<br><br>            Defendants. | Case No.: 2:18-cv-3516-DFS-AS<br><br>**PROOF OF SERVICE** |

I, Seth W. Wiener, declare:

I am employed in Contra Costa County, California. I am over eighteen years of age and not a party to this action. My business address is 609 Karina Court, San Ramon, CA 94582. On July 5, 2018, I served a true and correct copy of the following document(s): **PLAINTIFF ELGIN MONES' OBJECTION TO DEFENDANT BRADLEY MARTYN'S CERTIFICATE OF INTERESTED PARTIES**

X ELECTRONICALLY: I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and served was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Proof of Service was executed on July 5, 2018, at San Ramon, California.

_____
Seth W. Wiener

-3-

Objection to Defendant's Certificate of Interested Parties