Seth W. Wiener (California State Bar No. 203747)
LAW OFFICES OF SETH W. WIENER
609 Karina Court
San Ramon, CA 94582
Telephone: (925) 487-5607
Email: sethwiener@yahoo.com

Attorney for Plaintiff
Elgin Mones

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELGIN MONES,<br><br>             Plaintiff,<br><br>vs.<br><br>BRADLEY MARTYN, AND DOES 1 THROUGH 10,<br><br>             Defendants. | Case No.: 2:18-cv-3516-DSF-AS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

   Plaintiff Elgin Mones and Defendant Bradley Martyn, by and through their respective counsels of record, hereby stipulate as follows:

   1)   The above-captioned action, including all claims, be hereby dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

   2)   Each party shall bear its own costs, expenses, and attorneys' fees related to this action.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:

Dated: August 10, 2018            LAW OFFICES OF SETH W. WIENER

                                  *[signature: Seth Wiener]*

                                  By: _____
                                  Seth W. Wiener
                                  Attorney for Plaintiff
                                  ELGIN MONES

Dated: August 10, 2018                HAWKINS PARNELL THACKSTON & YOUNG LLP

                                      /S/

                                      By: _____
                                      Michael B. Giaquinto
                                      Attorney for Defendant
                                      BRADLEY MARTYN

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) is submitted, concur in the filing's content and have authorized the filing.

Dated: August 10, 2018                LAW OFFICES OF SETH W. WIENER

                                      *[signature: Seth Wiener]*

                                      By: _____
                                      Seth W. Wiener
                                      Attorney for Plaintiff
                                      ELGIN MONES

|   |   |
|---|---|
| 1 | Seth W. Wiener (California State Bar No. 203747) |
| 2 | LAW OFFICES OF SETH W. WIENER |
|   | 609 Karina Court |
| 3 | San Ramon, CA 94582 |
| 4 | Telephone:  (925) 487-5607 |
|   | Email: sethwiener@yahoo.com |

Attorney for Plaintiff
Elgin Mones

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ELGIN MONES, | Case No.: 2:18-cv-3516-DFS-AS |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| BRADLEY MARTYN, AND DOES 1 THROUGH 10, | |
| Defendants. | |

I, Seth W. Wiener, declare:

I am employed in Contra Costa County, California.  I am over eighteen years of age and not a party to this action.  My business address is 609 Karina Court, San Ramon, CA 94582.  On August 10, 2018, I served a true and correct copy of the following document(s):

**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

X ELECTRONICALLY: I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and served was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Proof of Service was executed on August 10, 2018, at San Ramon, California.

_____
Seth W. Wiener

Stipulation for Dismissal